IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hale, Tanesha A | Case Number:  07 B 01336 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed:  1/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  December 9, 2008
Confirmed: April 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,330.00 | |
| Secured: | | 2,403.18 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,693.00 |
| Trustee Fee: | | 233.82 |
| Other Funds: | | 0.00 |
| Totals: | 4,330.00 | 4,330.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,693.00 | 1,693.00 |
| 2. | Robert J Semrad & Associates | Administrative | 907.50 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 18,198.97 | 2,403.18 |
| 5. | City of Blue Island | Unsecured | 550.00 | 0.00 |
| 6. | CB USA | Unsecured | 8.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 86.15 | 0.00 |
| 8. | Northern Indiana Public Ser | Unsecured | 29.11 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 163.98 | 0.00 |
| 10. | Nicor Gas | Unsecured | 61.30 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 41.68 | 0.00 |
| 12. | American General Finance | Unsecured | 42.67 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 53.54 | 0.00 |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Fremont Investment & Loan | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Chicago State University | Unsecured | | No Claim Filed |
| 21. | National Credit | Unsecured | | No Claim Filed |
| 22. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 26. | State Farm Insurance Of Illinois | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hale, Tanesha A

Printed: 01/22/09

Case Number:  07 B 01336
Judge:  Goldgar, A. Benjamin
Filed:  1/26/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 29. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 30. | Village of Dolton | Unsecured | | No Claim Filed |
| | | | $ 21,835.90 | $ 4,096.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 233.82 |
| | $ 233.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

